[No. 33786-0-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN PAUL JUSZCZYK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-02264-2, Chris Wickham, J., entered September 9, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 34138-7-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN DEMETRIUS BOONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03028-7, Ronald E. Culpepper, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34247-2-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.H., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-8-00938-7, Diane M. Woolard, J., entered December 21, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 34313-4-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY A. GAMBER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 05-1-00374-0, James B. Sawyer II, J., entered January 6, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Van Deren, J.